UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 4 2006 ★
BROOKLYN OFFICE

----------------------------------------------------------------X

JABBAR WASHINGTON,

                        Petitioner,

JUDGMENT
06-CV-3108 (JG)

-against-

SUPERINTENDENT, JOSEPH T. SMITH,

                        Respondent.

----------------------------------------------------------------X

       An Order of Honorable John Gleeson, United States District Judge, having been filed on November 30, 2006, denying the petition for a writ of habeas corpus, for the reasons stated on the record; and ordering that no Certificate of Appealability shall issue; it is

       ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus is denied; and that no Certificate of Appealability shall issue.

Dated: Brooklyn, New York
         December 01, 2006

                                                           s/Robert C. Heinemann
                                                           ROBERT C. HEINEMANN
                                                           Clerk of Court